# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KAYLA R. HAUN, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>LITTLE CAESAR ENTERPRISES, INC.,<br>A MICHIGAN CORPORATION,<br>Respondent. | No. 82913<br><br>**FILED**<br><br>MAY 02 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____ S. Young _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Eric Johnson, District Judge
Janet Trost, Settlement Judge
Isso & Associates Law Firm, PLLC
Wood, Smith, Henning & Berman, LLP/Las Vegas
Lathrop GPM LLP
Eighth District Court Clerk